ELECTRONICALLY FILED
2021 Apr 13 PM 5:13
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000230

**IN THE CIRCUIT COURT OF WYANDOTTE COUNTY, KANSAS**
**CIVIL DEPARTMENT**
**(Pursuant to K.S.A. Chapter 60)**

**EXHIBIT**

**A**

tabbies

| | |
|---|---|
| **ADELAIDA CHAVEZ** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**ROBERT JERNIGAN** )<br>**32913 Hamilton Road** )<br>**Wanette, OK 74878** )<br>)<br>**and** )<br>)<br>**C & L TRUCKING, LLC** )<br>  **Serve:** )<br>  **Odessa Gouker** )<br>  **700 Mitchell Road** )<br>  **Tecumseh, OK 74873** )<br>)<br>**and** )<br>)<br>**SPIRIT COMMERCIAL INSURANCE** )<br>  **Serve:** )<br>  **Risk Services** )<br>  **2233 Wisconsin Avenue NW** )<br>  **Suite 310** )<br>  **Washington, DC 20007** )<br>)<br>  **Defendants.** ) | **Case No.:**<br><br>**Division:** |

COMES NOW Plaintiff by and through her attorney of record, Tarak Alexander Devkota

of the Devkota Law Firm, LLC and states and avers as follows:

**<u>PARTIES</u>**

1.      Plaintiff Adelaida Chavez is an individual over the age of 18 and a resident of

Jackson County, Missouri.

2.      Defendant Robert Jernigan is an individual over the age of 18 and a resident of Pottawatomie County, Oklahoma.  He can be served at 32913 Hamilton Road, Wanette, Oklahoma 74878.

3.      Defendant C&L Trucking, LLC, is a trucking company authorized to transport goods in the state of Kansas.  C&L Trucking, LLC, can be served through their registered agent, Odessa Gouker at 700 Mitchell Road, Tecumseh, Oklahoma 74873.

4.      Defendant Spirit Commercial Insurance is an insurance company doing business in the State of Oklahoma.  Service of process can be affected on Spirit by serving Risk Services, 2233 Wisconsin Avenue NW, Suite 310, Washington, D.C. 20007.

5.      Defendant Spirit conducts routine and systematic business with companies that operate throughout the United States, including contracting with C&L Trucking, LLC.

6.      At the time of the accident, Robert Jernigan was acting within the course and scope of his employment with C&L Trucking, LLC.

7.      Spirit Commercial Insurance was the insurance carrier for C&L Trucking, LLC at the time of the accident.  All actions of Robert Jernigan, while acting within the course and scope of his employment with C&L Trucking, LLC was insured by Spirit Commercial Insurance.

8.      Venue is proper under K.S.A. § 60-603(1)-(3), since Plaintiff Adelaida Chavez suffered injuries as a result of this motor vehicle collision in Wyandotte County, Kansas.

## FACTS COMMON TO ALL COUNTS

9.      Plaintiff, Adelaida Chavez was involved in a severe car accident on April 14, 2019.  Plaintiff was traveling as a passenger in a grey 2007 Kia SPC eastbound on I-70.

10.     Plaintiff was in the second lane when Jernigan struck the left, rear side of the vehicle she was riding in, causing the vehicle to spin.  The vehicle spun out and struck the inside barrier wall.

11.     Defendant(s) had a contractual obligation to compensate plaintiff for bodily injury arising from the collision.

12.     As a direct and proximate result of Mr. Jernigan's negligence, while acting within the course and scope of his employment with C&L Trucking, LLC, Plaintiff sustained injuries, including but not limited to the following:

a.     Plaintiff presented to Truman Medical Center complaining of pain in her knees, right shoulder, and neck.  Upon inspection, it was found that she was suffering from a 6cm descending Thoracic Aortic Aneurysm.  Due to the severity of her symptoms, she underwent a CT of her spine, elbow, knees, chest, neck, and head.  The results came back with a right adrenal mass for which surgery was consulted.  It was also noted that she had a hiatal hernia.

b.     Plaintiff returned to the ER on April 16, 2019, with complaints of dizziness and headaches.  She also complained of nausea and loss of appetite.  She was admitted to the hospital. During her admission, it was discovered that she had a 4.2 cm mass close to her right thyroid node and a 9mm mass on her left thyroid node.  She ultimately underwent a thyroidectomy.

c.     On April 24, 2019, plaintiff had a thoracic endovascular aortic repair.  This surgery was to repair the aneurysm she had in her aorta.  As a result of the accident, plaintiff also suffered a stroke.

d.      On June 13, 2019, plaintiff sought treatment at United Medical Logistics.  She was diagnosed with the following:

       i.      Post-traumatic stress disorder;

       ii.     pain in right and left shoulder;

       iii.    pain in right and left knee;

       iv.     Cervicalgia;

       v.      lower back pain;

       vi.     pain in the thoracic spine;

       vii.    segmental and somatic dysfunction of the head, cervical, thoracic, lumbar, sacral, pelvic, and abdominal regions;

       viii.   headaches;

       ix.     concussion;

       x.      sprain of ligaments of the cervical and lumbar spine; and

       xi.     sprain of the right and left shoulder joint.

## **COUNT I NEGLIGENCE**

13.     Plaintiff herein incorporates by reference each and every averment contained or implied within the above paragraphs 1-12 of her Petition for Damages as if fully set out.

14.     The motor vehicle collision and plaintiff's complaints, injuries, and damages are the direct and proximate result of defendant Jernigan and defendant C&L Trucking, LLC's actions and omissions and violations of one or more of the following:

a.      In failing to exercise the highest degree of care;

b.      In failing to keep a careful lookout;

c.      In failing to maintain proper control of a vehicle;

d.      Defendant(s) knew of by the use of the highest degree of care should have known that there was a reasonable likelihood of a collision.  Defendant Jernigan acting within his scope and nature of his employment with C&L, LLC, should have swerved or sounded a warning, but Jernigan failed to do so.

15.     That as a direct and  proximate result of the negligence of defendant(s) Jernigan and C&L Trucking, LLC, plaintiff has been caused to experience and incur physical injury.

16.     Due to this negligence, plaintiff has incurred medical expenses, loss of enjoyment of life, pain and suffering, and mental anguish.  Said injuries being permanent, progressive, and continuous in nature.

17.     That as a further direct and proximate result of the negligence of defendant(s) Jernigan and C&L Trucking, LLC, plaintiff sustained medical bills and is reasonably certain to suffer in the future additional losses as well as ongoing pain and suffering.

WHEREFORE, Plaintiff prays for judgment against defendant(s) Jernigan and C&L Trucking, LLC for an amount in excess of $1,000,000.00, together with all other relief that the

Court deems just and proper, as well as costs and expenses incurred in the prosecution of this claim.

## COUNT II VEXATIOUS REFUSAL TO PAY

18.     Plaintiff herein incorporates by reference each and every averment contained or implied within the above paragraphs 1-17 of her Petition for Damages as if fully set out.

19.     C&L Trucking, LLC's policy of insurance through Sprit Commercial Insurance provided insurance coverage for injuries sustained by plaintiff in the motor vehicle collision on or about April 14, 2019.

20.     Plaintiff demanded that defendant(s) issue payment for the injuries arising from the motor vehicle collision.

21.     Spirit has refused to provide adequate payment to plaintiff for her pain and suffering.  Spirit's refusal and delay are vexatious, unreasonable, dilatory, and without reasonable cause or excuse.

19.     Pursuant to K.S.A. 40-256, Spirit is liable for interest from and after the date of the submission of the claim, penalties as provided by statute, costs of suit, and reasonable attorney's fees for vexatious refusal to pay, and plaintiff hereby requests an award of attorney's fees as well as any and all statutory interest, costs, fees, penalties, and awards provided for vexatious refusal to pay.

WHEREFORE, plaintiff prays for judgment against Spirit Commercial Insurance for such damages that are fair and reasonable, for their costs incurred herein, and for attorney's fees.

Respectfully submitted,

**DEVKOTA LAW FIRM, LLC**

 /s/ Tarak Alexander Devkota
Tarak A. Devkota        KS# 19767
4010 Washington Street, Suite 350
Kansas City, MO 64111
Telephone: (816) 842-9100
Facsimile: (816) 888-8780
E-Mail:  litiation@devkotalawfirm.com
ATTORNEYS FOR PLAINTIFF

ELECTRONICALLY FILED
2021 Apr 13 PM 5:13
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000230

Adelaida Chavez

vs.

Robert Jernigan et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

> **C&L Trucking LLC**
> **Odessa Gouker, 700 Mitchell Road**
> **Tecumseh, OK  74873**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Tarak Alexander Devkota
> 4010 Washington Street
> Suite 350
> Kansas City, MO 64111

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 04/14/2021 08:57:45 AM

**Documents to be served with the Summons:**

ELECTRONICALLY FILED
2021 Apr 13 PM 5:13
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000230

Adelaida Chavez

vs.

Robert Jernigan et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

> **Robert Jernigan**
> **32913 Hamilton Road**
> **Wanette, OK  74878**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Tarak Alexander Devkota
> 4010 Washington Street
> Suite 350
> Kansas City, MO 64111

within 21 days after service of summons on you.

*Kristi R. Hill*

Clerk of the District Court
Electronically signed  on 04/14/2021 08:57:45 AM

**Documents to be served with the Summons:**

ELECTRONICALLY FILED
2021 Apr 13 PM 5:13
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000230

Adelaida Chavez

vs.

Robert Jernigan et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

> **Spirit Commercial Insurance**
> **2233 WISCONSIN AVE., SW, Suite 310**
> **Washington, DC  20007**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Tarak Alexander Devkota
> 4010 Washington Street
> Suite 350
> Kansas City, MO 64111

within 40 days after service of summons on you.

*Kristi R. Hill*

Clerk of the District Court
Electronically signed  on 04/14/2021 08:57:45 AM

**Documents to be served with the Summons:**

ELECTRONICALLY FILED
2021 Jun 10 AM 11:40
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000230

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | |
|---|---|
| **ADELAIDA CHAVEZ** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**ROBERT JERNIGAN** )<br>**32913 Hamilton Road** )<br>**Wanette, OK 74878** )<br>)<br>**and** )<br>)<br>**C & L TRUCKING, LLC** )<br>     **Serve:** )<br>     **Odessa Gouker** )<br>     **700 Mitchell Road** )<br>     **Tecumseh, OK 74873** )<br>)<br>**and** )<br>)<br>**SPIRIT COMMERCIAL INSURANCE** )<br>     **Risk Services** )<br>     **2233 Wisconsin Avenue NW** )<br>     **Suite 310** )<br>     **Washington, DC 20007** )<br>)<br>     **Defendants.** ) | **Case No.: 2021-CV000230**<br>**Div.:     2** |

### AMENDED PETITION

COMES NOW Plaintiff by and through her attorney of record, Tarak Alexander Devkota of the Devkota Law Firm, LLC and states and avers as follows:

### PARTIES

1.     Plaintiff Adelaida Chavez is an individual over the age of 18 and a resident of Jackson County, Missouri.

2.     Defendant Robert Jernigan is an individual over the age of 18 and a resident of Pottawatomie County, Oklahoma.  He can be served at 32913 Hamilton Road, Wanette, Oklahoma 74878.

1

3.     Defendant C&L Trucking, LLC, is a trucking company authorized to transport goods in the state of Missouri.  C&L Trucking, LLC, can be served through their registered agent, Odessa Gouker at 700 Mitchell Road, Tecumseh, Oklahoma 74873.

4.     Defendant Spirit Commercial Insurance is an insurance company doing business in the State of Oklahoma.  Service of process can be affected on Spirit by serving Risk Services, 2233 Wisconsin Avenue NW, Suite 310, Washington, D.C. 20007.

5.     Defendant Spirit conducts routine and systematic business with companies that operate throughout the United States, including contracting with C&L Trucking, LLC.

6.     At the time of the accident, Robert Jernigan was acting within the course and scope of his employment with C&L Trucking, LLC.

7.     Spirit Commercial Insurance was the insurance carrier for C&L Trucking, LLC at the time of the accident.  All actions of Robert Jernigan, while acting within the course and scope of his employment with C&L Trucking, LLC was insured by Spirit Commercial Insurance.

8.     Venue is proper due to the fact that the events described herein occurred in Wyandotte County, Kansas.

## FACTS COMMON TO ALL COUNTS

6.     Plaintiff, Adelaida Chavez was involved in a severe car accident on April 14, 2019. Plaintiff was traveling as a passenger in a grey 2007 Kia SPC eastbound on I-70.

7.     Plaintiff was in the second lane when Jernigan struck the left, rear side of the vehicle she was riding in, causing the vehicle to spin.  The vehicle spun out and struck the inside barrier wall.

8.     Defendant(s) had a contractual obligation to compensate plaintiff for bodily injury arising from the collision.

9.      As a direct and proximate result of Mr. Jernigan's negligence, while acting within the course and scope of his employment with C&L Trucking, LLC, Plaintiff sustained injuries, including but not limited to the following:

a.      Plaintiff presented to Truman Medical Center complaining of pain in her knees, right shoulder, and neck.  Upon inspection, it was found that she was suffering from a 6cm descending Thoracic Aortic Aneurysm.  Due to the severity of her symptoms, she underwent a CT of her spine, elbow, knees, chest, neck, and head.  The results came back with a right adrenal mass for which surgery was consulted.  It was also noted that she had a hiatal hernia.

b.      Plaintiff returned to the ER on April 16, 2019, with complaints of dizziness and headaches.  She also complained of nausea and loss of appetite.  She was admitted to the hospital. During her admission, it was discovered that she had a 4.2 cm mass close to her right thyroid node and a 9mm mass on her left thyroid node.  She ultimately underwent a thyroidectomy.

c.      On April 24, 2019, Plaintiff had a thoracic endovascular aortic repair.  This surgery was to repair the aneurysm she had in her aorta.  As a result of the accident, Plaintiff also suffered a stroke.

d.      On June 13, 2019, Plaintiff sought treatment at United Medical Logistics. She was diagnosed with the following:

i.      Post-traumatic stress disorder;

ii.      pain in right and left shoulder;

iii.      pain in right and left knee;

iv.     Cervicalgia;

v.      lower back pain;

vi.     pain in the thoracic spine;

vii.    segmental and somatic dysfunction of the head, cervical, thoracic, lumbar,   sacral, pelvic, and abdominal regions;

viii.   headaches;

ix.     concussion;

x.      sprain of ligaments of the cervical and lumbar spine; and

xi.     sprain of the right and left shoulder joint.

## COUNT I NEGLIGENCE

10.    Plaintiff herein incorporates by reference each and every averment contained or implied within the above paragraphs 1-9 of her Petition for Damages as if fully set out.

11.    The motor vehicle collision and Plaintiff's complaints, injuries, and damages are the direct and proximate result of defendant Jernigan and defendant C&L Trucking, LLC's actions and omissions and violations of one or more of the following:

a.      In failing to exercise the highest degree of care;

b.      In failing to keep a careful lookout;

c.      In failing to maintain proper control of a vehicle;

d.      Defendant(s) knew of by the use of the highest degree of care should have known that there was a reasonable likelihood of a collision.  Defendant

4

Jernigan acting within his scope and nature of his employment with C&L,

LLC, should have swerved or sounded a warning, but Jernigan failed to do so;

and

e.      Otherwise, driving in a negligent manner.

12.     That as a direct and proximate result of the negligence of Defendant(s) Jernigan and

C&L Trucking, LLC, Plaintiff has been caused to experience and incur physical injury.

13.     Due to this negligence, Plaintiff has incurred medical expenses, loss of enjoyment of

life, pain and suffering, and mental anguish.  Said injuries being permanent, progressive, and

continuous in nature.

14.     That as a further direct and proximate result of the negligence of defendant(s)

Jernigan and C&L Trucking, LLC, Plaintiff sustained medical bills and is reasonably certain to suffer

in the future additional losses as well as ongoing pain and suffering.

WHEREFORE, Plaintiff prays for judgment against defendant(s) Jernigan and C&L

Trucking, LLC for an amount in excess of $1,000,000.00, together with all other relief that the Court

deems just and proper, as well as costs and expenses incurred in the prosecution of this claim.

## COUNT II NEGLIGENCE *PER SE*

15.     Plaintiff herein incorporates by reference each and every averment contained or

implied within the above paragraphs 1-14 of her Petition for Damages as if fully set out.

16.     The motor vehicle collision and Plaintiff's complaints, injuries, and damages are the

direct and proximate result of Defendant's actions, omissions, and violations of one ore more of the

following statutes respectively:

    a.      Defendants failed to follow Kansas Rules of the Road. *See generally,* K.S.A. §8-1501; 8-1514.:

    b.      Defendant failed to keep a careful lookout;

    c.      Defendant failed to yield the right-of-way; and

    d.      Defendant's inattentive driving led to this auto accident.

17.     The above statute(s) is/are intended to protect Kansas citizens, motorists, passengers, and pedestrians from, such improper motor vehicle operation(s).

18.     At the time of this auto accident, Defendant violated one or more of the above-mentioned statutes; in that, Plaintiff was a driver and in a motor vehicle on a Kansas roadway. Each belong to a class of persons that the State of Kansas intends such statutes to protect. Defendant's lack of care and inattention in driving on the roadway in violation of the restrictions and/or the above inattention directly caused or contributed to cause Plaintiff severe, permanent, and progressive injuries and damages described herein.

19.     As a direct and proximate cause of Defendant's actions, omissions, and/or other negligence, Plaintiff sustained the above severe, permanent, and debilitating injuries, permanent damages, and other losses.

20.     As a direct and proximate cause of Defendant's actions, omissions, and/or other negligence, Plaintiff also suffered loss of enjoyment of life and other damages for duties under duress.

21.     Plaintiff has incurred expenses in relation to the diagnosis and treatment of these injuries and will continue to incur such expenses in the future; the exact amount of such expenses is unknow at this time.

22.     As a further direct and proximate case of Defendant's actions, omissions, and/or other negligence, Plaintiff also received extensive medical care, treatment, suffered pain and bodily injury. They will continue to need medical care and treatment in the future.

WHEREFORE, Plaintiff prays that this Court will grant judgment in their favor on Count II for Negligence *Per Se* against Defendant and award such damages that are fair and reasonable, totaling in excess of $1,000,000.00 together with interest, for an award for the costs of this action, and for all other appropriate and further relief the Court deems just and proper.

## COUNT III VEXATIOUS REFUSAL TO PAY

23.     Plaintiff herein incorporates by reference each and every averment contained or implied within the above paragraphs 1-22 of her Petition for Damages as if fully set out.

24.     C&L Trucking, LLC's policy of insurance through Sprit Commercial Insurance provided insurance coverage for injuries sustained by plaintiff in the motor vehicle collision on or about April 14, 2019.

25.     Plaintiff demanded that defendant(s) issue payment for the injuries arising from the motor vehicle collision.

26.     Spirit has refused to provide adequate payment to plaintiff for her pain and suffering. Spirit's refusal and delay are vexatious, unreasonable, dilatory, and without reasonable cause or excuse.

27.     Spirit is liable for interest from and after the date of the submission of the claim, penalties as provided by statute, costs of suit, and reasonable attorney's fees for vexatious refusal to pay, and plaintiff hereby requests an award of attorney's fees as well as any and all statutory interest, costs, fees, penalties, and awards provided for vexatious refusal to pay.

WHEREFORE, Plaintiff prays for judgment against Spirit Commercial Insurance for such damages that are fair and reasonable, for their costs incurred herein, and for attorney's fees.

## JURY DEMAND

Pursuant to K.S.A. §60-238(b)(1), Plaintiff's request trial by jury on all issues so triable.

Respectfully submitted,

**DEVKOTA LAW FIRM, LLC**

 /s/ Tarak Alexander Devkota
Tarak A. Devkota        KS# 19767
4010 Washington Street, Suite 350
Kansas City, MO 64111
Telephone: (816) 842-9100
Facsimile: (816) 888-8770
E-Mail:  litigation@devkotalawfirm.com
ATTORNEY FOR PLAINTIFF

ELECTRONICALLY FILED
2021 Jun 10 AM 11:40
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000230

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

## CIVIL DEPARTMENT

(Pursuant to K.S.A. Chapter 60)

| | |
|---|---|
| ADELAIDA CHAVEZ, <br>         Plaintiff, <br><br> vs. <br><br><br> ROBERT JERNIGAN et al, <br>         Defendants. | )<br>)<br>)   Case No.: 2021-CV-000230<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME

**COMES NOW,** Plaintiff Adelaida Chavez, by and through her attorney of record, Tarak

Alexander Devkota, and hereby requests the Honorable Court to grant an additional 30-day

extension of time to obtain service on Defendants. This motion is not meant to delay this case.

Plaintiff is filed amended petition on June 10th, 2021 and needs additional time to finalize proper

service.

Respectfully Submitted,

**DEVKOTA LAW FIRM, LLC**
*/s/Tarak Alexander Devkota*
Tarak Alexander Devkota, KS #19767
4010 Washington St., Ste. 350
Kansas City, MO 64111
(816)842-9100 – Phone
(816-817-1080 – Fax
litigation@devkotalawfirm.com
**ATTORNEY FOR PLAINTIFF**

ELECTRONICALLY FILED
2021 Jun 10 PM 12:27
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000230



**Court:**        Wyandotte County District Court

**Case Number:**  2021-CV-000230

**Case Title:**   Adelaida Chavez vs. Robert Jernigan, et al.

**Type:**         Order

SO ORDERED.

/s/ Honorable Constance M. Alvey, District Court Judge

Electronically signed on 2021-06-10 12:27:19   page 1 of 2

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**
**CIVIL DEPARTMENT**
(Pursuant To K.S.A. Chapter 60)

| | | |
|---|---|---|
| ADELAIDA CHAVEZ, | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2021-CV-000230 |
| vs. | ) | Div.: 2 |
| | ) | |
| | ) | |
| ROBERT JERNIGAN et al, | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

  Plaintiff's Motion for Extension of Time to Obtain Service is Granted this _____ day of June 2021.


_____   _____
Date                 Judge Constance Alvey

ELECTRONICALLY FILED
2021 Jun 10 AM 11:40
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000230

Adelaida Chavez

vs.

Robert Jernigan, et al. et. al.

**SUMMONS**

# Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**C&L Trucking LLC**

**Odessa Gouker, 700 Mitchell Road**

**Tecumseh, OK  74873**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Tarak Alexander Devkota

4010 Washington Street

Suite 350

Kansas City, MO 64111

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 06/10/2021 11:50:21 AM

**Documents to be served with the Summons:**
PLE: Amended Petition Plaintiff's First Amended Petition

ELECTRONICALLY FILED
2021 Jun 10 AM 11:40
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000230

Adelaida Chavez

vs.

Robert Jernigan, et al. et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Spirit Commercial Insurance**
**2233 WISCONSIN AVE., SW, Suite 310**
**Washington, DC  20007**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Tarak Alexander Devkota
4010 Washington Street
Suite 350
Kansas City, MO 64111

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 06/10/2021 11:50:21 AM

**Documents to be served with the Summons:**
PLE: Amended Petition Plaintiff's First Amended Petition

ELECTRONICALLY FILED
2021 Jun 10 AM 11:40
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000230

Adelaida Chavez

vs.

Robert Jernigan, et al. et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Robert Jernigan**
**32913 Hamilton Road**
**Wanette, OK  74878**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Tarak Alexander Devkota
4010 Washington Street
Suite 350
Kansas City, MO 64111

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 06/10/2021 11:50:21 AM

**Documents to be served with the Summons:**
PLE: Amended Petition Plaintiff's First Amended Petition

ELECTRONICALLY FILED
2021 Jun 10 AM 11:40
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000230

Adelaida Chavez

vs.

Robert Jernigan, et al. et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**C&L Trucking LLC**
**Odessa Gouker, 700 Mitchell Road**
**Tecumseh, OK  74873**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Tarak Alexander Devkota
4010 Washington Street
Suite 350
Kansas City, MO 64111

within 21 days after service of summons on you.

 Kristi P. Hill

Clerk of the District Court
Electronically signed  on 06/10/2021 11:50:21 AM

**Documents to be served with the Summons:**
PLE: Amended Petition Plaintiff's First Amended Petition